IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>JEREMY ALBERT,<br><br>                Defendant. | CASE NO. 5:21-MJ-00059-JLT<br><br>[~~PROPOSED~~] ORDER UNSEALING COMPLAINT, ARREST WARRANT AND AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, arrest warrant, and affidavit in the above-captioned matter be, and are, hereby ordered unsealed.

Dated: December 6, 2021

*(signed)* JENNIFER L. THURSTON
CHIEF U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL COMPLAINT