PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
4550 California Ave., Suite 640
Bakersfield, CA 93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00296-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JEREMY ALBERT, | DATE: June 29, 2022 |
| Defendant. | TIME: 1:00 p.m.<br>COURT: Hon. Magistrate Judge Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on June 29, 2022.

2. By this stipulation, the parties move to continue the status conference until August 31, 2022, or the Court's earliest convenience, and to exclude time from calculation under the Speedy Trial Act between June 29, 2022, and August 31, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Initial discovery was provided to defendant on or about December 21, 2021, consisting of 78 Bates-stamped items consisting of reports of investigation, body worn camera recordings, certified conviction records and a summary of defendant's criminal history.

    b) Counsel for defendant desires additional time to review discovery, consult with

her client, conduct investigation and research related to the charges, and to otherwise prepare for trial.

      c)      On April 25, 2022, the government transmitted a plea offer to counsel for defendant, and counsel for defendant requires additional time to review discovery and conduct investigation responsive to the terms of and factual basis included in the plea offer.  The plea offer expires on August 31, 2022.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 29, 2022 to August 31, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

    4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act provide that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

Dated:  June 20, 2022                                  PHILLIP A. TALBERT
                                                       United States Attorney

                                                       /s/ CHRISTOPHER D. BAKER
                                                       CHRISTOPHER D. BAKER
                                                       Assistant United States Attorney

Dated:  June 20, 2022                                  /s/ GALATEA DELAPP
                                                       GALATEA DELAPP
                                                       Counsel for Defendant
                                                       JEREMY ALBERT

**ORDER**

    IT IS SO ORDERED.

DATED: 6/22/2022                                       *Sheila K. Oberto*
                                                       THE HONORABLE SHEILA K. OBERTO
                                                       UNITED STATES MAGISTRATE JUDGE